IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COLLINS S. WILSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:13CV272 |
| | ) |
| MIKE HARDEE, | ) |
| | ) |
| Respondent. | ) |

ORDER

On August 25, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #21] to the Recommendation within the time limit prescribed by Section 636. Petitioner also filed a Motion for Leave to Amend [Doc. #19], which was denied [Doc. #23], a Notice of Supplement [Doc. #22], and a second Motion for Leave to Amend [Doc. #24], with additional contentions. The Court has undertaken a *de novo* review of Petitioner's objections, and has also considered the supplemental information Petitioner submitted [Doc. #19, #22, #24], and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #13], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment [Doc. #8] is GRANTED, the claims in the Petition [Doc. #2], are DISMISSED and DENIED as set out in the body of the Recommendation, and this action is DISMISSED.

IT IS FURTHER ORDERED that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 13th day of November, 2014.

James A. Beaty
United States District Judge